AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Montana

| | | |
|---|---|---|
| Kimberly K. Leksen | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  CV-21-117-GF-BMM-JTJ |
| | ) | |
| Walmart Inc., Wal-Mart Real Estate Business Trust & DOES 1-15 | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Walmart Inc.
CT Cororation System
3011 American Way
Missoula MT 59808

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:        Roland B. Durocher
Durocher & Winter, P.C.
118 6th St. South
PO Box 1629
Great Falls MT 59403

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                        *CLERK OF COURT*

Date: _____        _____

                                        *Signature of Clerk or Deputy Clerk*