**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| KIMBERLY K. LEKSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART, INC., WAL-MART REAL ESTATE BUSINESS TRUST, and DOES 1-15,<br><br>    Defendants. | CV-21-117-BMM-JTJ<br><br>ORDER |

The parties having jointly filed a stipulation for dismissal pursuant to Fed. R. Civ. P. 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own fees and costs. All deadlines are VACATED.

DATED this 4th day of August 2022.

_____
John Johnston
United States Magistrate Judge